```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 29732
    MYLITE DORISANN HART
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-8991


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/31/2008 and was not confirmed.

      The case was dismissed without confirmation 12/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ACC CONSUMER FINANCE L   SECURED VEHIC     10525.00           .00            .00
ACC CONSUMER FINANCE L   UNSECURED         NOT FILED          .00            .00
BALLYS TOTAL FITNESS     UNSECURED         NOT FILED          .00            .00
CAPITAL ONE              UNSECURED         NOT FILED          .00            .00
CHASE CARDMEMBER SERVICE UNSECURED         NOT FILED          .00            .00
COLLEGE PARTNERSHIP      UNSECURED         NOT FILED          .00            .00
COMCAST                  UNSECURED         NOT FILED          .00            .00
INDIANA WESLYAN UNIVERSI UNSECURED         NOT FILED          .00            .00
PURDUE UNIVERSITY        UNSECURED         NOT FILED          .00            .00
SALLIE MAE/UNITED STUDEN UNSECURED           5779.87          .00            .00
COLLEGE PARTNERSHIP INC  UNSECURED         NOT FILED          .00            .00
US DEPT OF EDUCATION     UNSECURED               .00          .00            .00
WFS FINANCIAL            UNSECURED         NOT FILED          .00            .00
WFS FINANCIAL            NOTICE ONLY       NOT FILED          .00            .00
WOW INTERNET & CABLE SER UNSECURED         NOT FILED          .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------          --------------
TOTALS                        .00                     .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 29732 MYLITE DORISANN HART
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 03/05/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```